STATE OF NEW JERSEY v. CHARLES STERN.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SHACKELFORD.

January 29, 1976. Petition for certification denied.

ANTONE S. DeMOURA v. FERDINAND ROCCI.

January 29, 1976. Petition for certification denied.

MARY MEDURGA v. JOHN MEDURGA.

January 29, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. THEOPHUS K. WEBSTER.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH PATRIO.

January 29, 1976. Petition for certification denied.